

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Chris Langer,

    Plaintiff,

v.

Kay Mendoza, et al.,

    Defendants.

CASE NO. CV 16-5795-GHK (JCx)

PERMANENT INJUNCTION

    This matter is before us on Plaintiff Chris Langer's motion for default judgment against Defendants Kay Mendoza and Ethel Kern. Based on the findings and conclusions in the December 22, 2016 Order issued concurrently herewith, we rule as follows: Defendants and all of their officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with them and who receive actual notice of this Order are hereby **PERMANENTLY ENJOINED** and **RESTRAINED** from failing to provide a van-accessible parking space, counters, restroom doorway, and insulated restroom pipes in compliance with the Americans with Disabilities Act Accessibility Guidelines. Defendants are further notified that any act in violation of any of the terms of this Permanent Injunction may be considered and prosecuted as contempt of this Court. Defendants shall remedy the deficiencies noted

1 | above to comply with the Americans with Disabilities Act Accessibility Guidelines
2 | within 90 days of receipt of this Permanent Injunction by personal service.
3 | **IT IS SO ORDERED**.
4 | DATED: 12/22/16

_____
GEORGE H. KING
United States District Judge