JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Chris Langer,* | CASE NO. CV 16-5795-GHK (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Kay Mendoza, et al.,* | |
| Defendants. | |

Pursuant to the Court's December 22, 2016 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment is entered in favor of Plaintiff Chris Langer and against Defendants Kay Mendoza and Ethel Kern, jointly and severally, in the amount of $4,600, consisting of $4,000 in statutory damages and $600 in attorney's fees. Defendants are also hereby ordered to comply with the terms of our December 22, 2016 Permanent Injunction issued concurrently herewith. We shall retain jurisdiction to conduct any proceeding arising out of this Judgment, to construe, enforce, or implement this Judgment, and to punish for contempt of court in the case of any violation of the Permanent Injunction.

**IT IS SO ORDERED.**

DATED: 12/22/16

GEORGE H. KING
United States District Judge